UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REGENCE BLUESHIELD,<br><br>      Plaintiff,<br><br>      v.<br><br>SUSAN FINN; DOUGLAS W. NICHOLSON; LATHROP, WINBAUER, HARREL, SLOTHOWER & DENISON, LLP.,<br><br>      Defendants. | No. 1:16-cv-03011-SAB<br><br>**ORDER RE: PRELIMINARY INJUNCTION** |

    Before the Court is the parties' Agreed Preliminary Injunction, ECF No. 15. Previously, the Court granted Plaintiff's Motion for Temporary Restraining Order, ECF No. 14, and the parties now agree that Defendants will preserve the disputed settlement proceeds in the Law Firm's IOLTA trust until resolution of the above-captioned case.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The Stipulated Motion for Preliminary Injunction, ECF No. 15, is **GRANTED**.

    2. Defendants shall preserve $43,363.44 in settlement proceeds ("the Disputed Funds") received in connection with the injuries Defendant Finn suffered on or around October 17, 2012.

**ORDER RE: PRELIMINARY INJUNCTION ~ 1**

3. The Disputed Funds shall be maintained in Law Firm's IOLTA trust, and held there until the Court rules on the merits of this case and all appeals, if any, are exhausted, or the case is otherwise fully resolved.

4. The claims asserted by Plaintiff against Defendants Douglas W. Nicholsen and Lathrop, Winbauer, Harrel, Slothower & Denison, LLP are **dismissed**, without prejudice.

5. The hearing currently set for January 27, 2016 is **moot** and **strickened.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 25th day of January, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER RE: PRELIMINARY INJUNCTION ~ 2**