UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REGENCE BLUESHIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN FINN,<br><br>    Defendant. | No. 1:16-cv-03011-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulation of Dismissal With Prejudice, ECF No. 95. The parties ask the Court to dismiss this action with prejudice.

    Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal With Prejudice, ECF No. 95, is **GRANTED**.
2. The above-captioned action is **DISMISSED with prejudice**.
3. Pursuant to the parties' Stipulation, any right to appeal or seek further judicial review has been **waived** by Defendant.
4. Plaintiff's Motion for Attorney's Fees, ECF No. 93, is **DENIED as moot**.

///
///
///
///

**ORDER DISMISSING ACTION ~ 1**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 6th day of July, 2017.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION ~ 2**